

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2018

No. 04-18-00651-CV

**IN THE INTEREST OF D.B., B.N.B., AND T.L.S., CHILDREN**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02206
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

In this accelerated appeal of the September 10, 2018 order terminating Appellant Mom's parental rights, Appellant's brief was due to be filed with this court on October 25, 2018. *See* TEX. R. APP. P. 38.6(a). The day before the brief was due, Appellant filed a motion for a five-day extension of time to file Appellant's brief until October 30, 2018.

Appellant's motion is GRANTED. Appellant Mom's brief is due on October 30, 2018. Any further motion for extension of time to file the brief is discouraged. *See* TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court